**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA  22313-1451**
General Contact Number: 571-272-8500

dmd                                            Mailed:  May 17, 2016

In re Construction Research & Technology
GmbH

Serial No. 86433989
Serial No. 86434029
 (consolidated)

Filed: 10/24/2014

## CORRECTION NOTICE

This serves to correct the Board's May 15, 2016 order to indicate that the

Examining Attorney is allowed until ***July 10, 2016*** to file a brief.  The substance

of the order otherwise remains the same.